**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tanya Dancekelly, | No. CV 23-04101-DMG (MRWx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Deloitte LLP, | |
| Defendant. | |

This action came on for a bench trial before the Court on July 1, 2025.  The Court, having considered the evidence presented at trial, the arguments of counsel, and the records and files herein, and having issued its Findings of Fact and Conclusions of Law on February 26, 2026 [Doc. # 62],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Plaintiff Tanya Dancekelly and against Defendant Deloitte LLP on Plaintiff's claim for benefits under 29 U.S.C. § 1132(a)(1)(B).

2. The Court finds that the Claims Administrator, UnitedHealthcare, abused its discretion and procedurally erred in the denial of Plaintiff's claims for hiatal hernia repair and the pricing determinations regarding the lap band removal and sleeve gastrectomy.

3. This matter is **REMANDED** to the Claims Administrator for a re-determination of the claims consistent with the Court's Findings of Fact and Conclusions of Law.

4. Plaintiff is the prevailing party and may file a motion for attorney's fees and a bill of costs in accordance with Federal Rule of Civil Procedure 54 and C.D. Cal. Local Rules 54-2 and 54-7.

DATED:  March 10, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE