Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
DELOITTE LLP

**THE LAW OFFICES OF JONATHAN A. STIEGLITZ**
Jonathan A. Stieglitz (SBN 278028)
11845 W. Olympic Blvd., Suite 800
Los Angeles, California. 90064
Telephone (323) 979-2063
Facsimile: (323) 488-6748
jonathanastieglitz@gmail.com

Attorneys for Plaintiff
TANYA DANCEKELLY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DANCEKELLY,<br><br>              Plaintiffs,<br><br>       v.<br><br>DELOITTE LLP; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 2:23-cv-04101-DMG-MRW<br><br>[Assigned for all Purposes to Hon. Dolly M. Gee]<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE DEADLINES** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Tanya Dancekelly ("Plaintiff") and Deloitte LLP ("Deloitte" or "Defendant") (Plaintiff and Defendant collectively referred herein as the "Parties") having met and conferred regarding the resolution of this matter, hereby notify the Court that they have reached a settlement in principle of all claims and issues. The parties have agreed to a confidential settlement in principle, which includes a full and final discharge of all claims for damages, as well as the pending motion for attorneys' fees, costs, and interest requested under 29 U.S.C. § 1132(g)(1) and 28 U.S.C. § 1961.

Plaintiff has filed a motion for attorneys' fees where her counsel seeks fees in the amount of $750/hr for time spent in 2023 and 2024, $800/hr for time spent in 2025, and $825/hr for time spent in 2026, but that Deloitte reserves all rights, if a full settlement is not finalized, to oppose.  The parties are currently finalizing the formal settlement agreement and anticipate filing a Stipulation for Dismissal with prejudice within forty-five (45) days. In light of this settlement, the parties jointly and respectfully request that the Court vacate all currently scheduled deadlines and hearings, including those related to the pending motion for fees, to allow the parties to conclude the final execution of the settlement documents.

DATED: June 1, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

Attorneys for DELOITTE LLP

NOTICE OF SETTLEMENT

DATED: June 1, 2026

Respectfully submitted,

LAW OFFICES OF JONATHAN A. STIEGLITZ

By: /s/ *Jonathan Stieglitz*

Jonathan A. Stieglitz

Attorneys for Plaintiff
TANYA DANCEKELLY

3

NOTICE OF SETTLEMENT

## CERTIFICATE OF AUTHORIZATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jonathan A. Stieglitz, attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2026, I caused a copy of the foregoing to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

/s/ *Jonathan A. Stieglitz*
Jonathan A. Stieglitz

5

NOTICE OF SETTLEMENT